# INTERNATIONAL GEM & JEWELRY SHOW, INC.®

THE "ORIGINAL" CLASSIC

120 DERWOOD CIRCLE ❖ ROCKVILLE, MD 20850 ❖ 301.294.1640 ❖ 301.294.0034 FAX

Reference:   Nick Acosta
Date:        03.23.12
Issue:       Letter of Understanding
             Current Employment

To Whom It May Concern:

As an introduction in this letter, my name is Leland Baughman. I am the General Manager of International Gem and Jewelry Shows, Inc. (InterGem). I have worked for this company for 30 years part time and full time and handle the everyday business for a multimillion dollar corporation located in Rockville, Md. This business has been established for over 40 years as a family own and managed Jewelry Trade Show business. As part of my responsibilities I have approximately 30 employees that I manage and direct on a regular basis conducting 80 trade shows annually. Many of the employees travel throughout the Country regularly via air and ground transport to and from the shows.

Nick Acosta has been employed by (InterGem) during the past six years with a short break in employment during a transition period. Nick works as one of our show crew set team in which he is required to travel extensively. During his employment he consistently sets up shows as well as handling cash payments from our exhibitors. During his employment there has never been any question of impropriety or abuse of his job performance. I do not have the facts involving this incident only a brief summary of the circumstances involved. My previous employment in of 25 years in Law Enforcement has provided me with a more than average sense of human nature. In my experience with Nick Acosta I have never doubted his veracity or loyalty to our crew. I hope this has been of some assistance and any further information that I may provide please contact me at:
240-401-1133 or email: Lee@interGem.net.

Leland A. Baughman
General Manager, InterGem

1